# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**COUNTRYWIDE HOME LOANS**
**SERVICING LP,**
 Plaintiffs,

                                    **CIVIL NO. 05-1209(DRD)**

    v.

**WILLIAM MONGE VELEZ, et als.,**
 Defendants.

| MOTION | RULING |
|---|---|
| **Date:** 05/26/05<br>**Filed:** 05/03/05<br>[X] **Plff**       [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** REQUEST FOR DISMISSAL WITHOUT PREJUDICE<br><br>**(Docket No. 6)** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. It also requests that said dismissal be without prejudice. Understanding that Fed.R.Civ.P. 41(a)(1)(ii) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that defendants have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against the defendants.<br><br>Judgment shall be issued accordingly. |

**Date**:  May 27, 2005

                                              S/ Daniel R. Dominguez
                                              **DANIEL R. DOMINGUEZ**
                                              **U.S. DISTRICT JUDGE**